# SO ORDERED.



1   Edward J. Maney (#12256)
    CHAPTER 13 TRUSTEE                     **Dated: May 09, 2011**
2   P.O. Box 10434
    Phoenix, Arizona 85064
3   Telephone: (602) 277-3776 Fax: (602) 277-4103
    Email: ejm@maney13trustee.com
4                                          _____
                                           **REDFIELD T. BAUM, SR**
    **IN THE UNITED STATES BANKRUPTCY COURT** **U.S. Bankruptcy Judge**
5
                   **FOR THE DISTRICT OF ARIZONA**
6

7   In re:                                  In Proceedings Under Chapter 13

8   CARRI L. PERRY,                         Case No. 2:10-bk-37250-RTB

9                                           **DISMISSAL ORDER**
                                Debtor.

10
            It having been shown to the Court that the Debtor has failed to comply with the Court
11
    requirement concerning:
12
            1.   Pursuant to the Trustee's Recommendation dated February 15, 2011 (docket #34),
13               the Debtor has failed resolve or respond to any of the issues raised in the Trustee's
                 Recommendation, has failed to submit a proposed Stipulated Order Confirming and
14               has failed to maintain Plan payments as current on or before March 18, 2011.

15          2.   Debtor's plan payments are now delinquent $2,000.00.

16          3.   No motions to extend time appear on the Court's docket.

17          4.   **If the Debtor(s) object to this Dismissal Order, the Trustee requires the
                 Debtor(s) to set this matter for hearing**.
18
    **NOW THEREFORE, IT IS ORDERED,**
19
            (A)  This case is dismissed and the Clerk of the Court will give notice of the dismissal to
20
    all creditors;
21
            (B)  A motion to reinstate the case may be granted without a hearing if the Trustee
22
    approves the proposed reinstatement order. If the Trustee does not approve reinstatement of the
23
    case, the matter may be set for hearing upon the Debtor(s) motion. The Court may set a hearing on
24
    the Debtor(s) motion to reinstate on the request of an interested party who had joined the Trustee's
25
    request for dismissal;
26
            (C)  Pursuant to 28 U.S.C. §586(e)(2), the Trustee shall be paid his percentage fee from
27
    all payments received from the Debtor(s);
28

1  (D) After payment of the Trustee's percentage fee, the Trustee will retain the Debtor(s)

2  funds pending Court approval of the payment of administrative expenses of the Debtor(s) attorney.

3  If the Debtor(s) Chapter 13 Plan contained an Application for the Payment of Administrative

4  Expenses to the Debtor(s) attorney and no party filed an objection to the Application, the Debtor(s)

5  attorney may lodge an order approving the Application within ten days after the Court enters this

6  Dismissal Order. Alternatively, the Debtor(s) attorney has ten days from the date the Court enters

7  this Dismissal Order to file a separate fee application;

8  (E) If the Court previously entered a payroll deduction order on one or both of the

9  Debtor(s) wages, the Court vacates that order; and

10  (F) Except as may be stated herein, all pending adversary proceedings, contested matters,

11  and administrative hearings relating to this case are vacated.

12
_____
ORDER SIGNED AND DATED ABOVE
_____
13

14  Lodged with the Court and copies mailed [see signature block] to:

15  JOHN N. SKIBA, ESQ.
    JACKSON WHITE PC
16  40 N CENTRAL ST STE 200
    MESA AZ 85201

17
    CARRI L. PERRY
18  22510 S 173RD WAY
    GILBERT AZ 85298

19

20

21  _____

    Clerk, Chapter 13 Trustee
22

23

24

25

26

27

28

2